AO 440 (Rev. 06/12) Summons in a Civil Action 

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

PGA Tour, Inc., )
a Maryland not-for-profit corporation )
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:17-cv-1086-J-32MCR
Joseph Sullivan d/b/a 1 Step to Better Golf )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Sullivan d/b/a 1 Step to Better Golf
2734 Somerset Park Circle
San Jose, California 95132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Brafman, Esq.
Mark D. Passler, Esq.
777 S. Flagler Drive
Ste 1100, West Tower
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/2017                                                 _____
                                                                 *Signature of Clerk or Deputy Clerk*